UNITED STATES of America,
Plaintiff–Appellee,

v.

Alphonso A. WRIGHT, Defendant–Appellant.

No. 01–7312.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Alphonso A. Wright, Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Alphonso A. Wright seeks to appeal the district court's order denying his motion for reconsideration of the order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wright,* Nos. CR–91–35–ST–MU; CA–01–17–1–5–MU (W.D.N.C. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*